[Doc. Nos. 17, 25]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DAVID E. GABROS, M.D.,

               Plaintiff,

   v.

SHORE MEDICAL CENTER, et al.,

               Defendants.

Civil No.14-1864 (NLH/JS)

**O R D E R**

This matter is before the Court on plaintiff's "Motion for Default Judgment" [Doc. No. 17] and defendant Linwood Care Center's ("Linwood") "Motion to Set Aside Default" [Doc. No. 25]; and the Court having held a conference call with all parties on January 30, 2015; and all parties consenting to the jurisdiction of this Court to decide their motions pursuant to 28 U.S.C. §636(c); and plaintiff agreeing to vacate the default entered against Linwood on January 7, 2015; and good cause existing for the entry of this Order,

IT IS hereby ORDERED this 3rd day of February, 2015, that Linwood's "Motion to Set Aside Default" is GRANTED and the default entered against Linwood on January 7, 2015 is hereby VACATED; and it is further

ORDERED that plaintiff's "Motion for Default Judgment" is DENIED as moot; and it is further

1

2

ORDERED that Linwood shall respond to plaintiff's complaint by February 13, 2015.


                                        s/Joel Schneider
                                        JOEL SCHNEIDER
                                        United States Magistrate Judge

2